1  Rob Hennig (State Bar No. 174646)
   rob@employmentattorneyla.com
2  Sam Brown (State Bar No. 308558)
   sam@employmentattorneyla.com
3  Dat Tommy Phan (State Bar No. 316813)
   dat@employmentattorneyla.com
4  HENNIG RUIZ & SINGH, P.C.
   3600 Wilshire Blvd, Suite 1908
5  Los Angeles, CA 90010
   Phone: (213) 310-8301
6  Fax: (213) 301-8302
   Attorneys for Plaintiff KHOSROW KAMALI
7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  KHOSROW KAMALI, an individual, | **CASE NO. 8:19−cv−01949 JVS (KESx)** |
| 11           Plaintiff, | |
| 12     vs. | **ORDER GRANTING REQUEST FOR DISMISSAL AND FOR ENTRY OF FINAL JUDGMENT.** |
| 13  JOHN CHRISTOPHER HIDDLESON, in his official capacity as Assistant Chief Legal Counsel for California Department of Transportation District 7, and in his personal capacity; DUNCAN MCINTOSH, in his official capacity as Deputy District Director of Administration for California Department of Transportation District 7, and in his personal capacity; SHIRLEY CHOATE, in her official capacity as Chief Deputy Director for California Department of Transportation District 7, and in her personal capacity; and CARRIE BOWEN, in her official capacity as District Director for California Department of Transportation District 7, and in her personal capacity, | **Judge:    Hon. James V. Selna**<br>**Courtroom: 10C**<br>**Filing Date: February 5, 2019** |
| 27           Defendants. | |

1

Before the Court is the request of Plaintiff Khosrow Kamali ("Plaintiff" or "Kamali") that the Court dismiss his entire actions (all claims against all parties) with prejudice in both *Khosrow Kamali v. Laurie Berman et al.*, 8:19-cv-00238-JVS-ADS and *Khosrow Kamali v. John Christopher Hiddleson et al.*, 8:19-cv-01949-JVS-ADS, and enter a final judgment on the merits for all Defendants.

The Court, having fully considered Plaintiff's request, is of the opinion that it should be and is hereby **GRANTED**.

It is therefore **ORDERED** that in *Khosrow Kamali v. Laurie Berman et al.*, 8:19-cv-00238-JVS-ADS, Judgment is entered in favor of Defendants Laurie Berman, Aaron Ochoco, Marcus Atkins, and Brian Gray on all claims by Plaintiff Khosrow Kamali, and against Plaintiff

It is further **ORDERED** that in *Khosrow Kamali v. John Christopher Hiddleson et al.*, 8:19-cv-01949-JVS-ADS, Judgment is entered in favor of Defendants John Christopher Hiddleson, Duncan McIntosh, Shirley Choate, Carrie Bowen, John Bulinski, and Lynette Vann on all claims by Plaintiff Khosrow Kamali, and against Plaintiff.

**IT IS SO ORDERED**.

Dated: May 07, 2020

_____
Honorable James V. Selna
United States District Judge